

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00746-CV

**ALAMO HEIGHTS ISD**,
Appellant

v.

Catherine **CLARK**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19821
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before December 18, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court